# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234  Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA

September 2, 2022

Judge Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: RICHARD THIELKE V. LONG ISLAND RAILROAD COMPANY
    22 Civ. 4926 (PGG)

Dear Judge Gardephe:

We represent plaintiff in the above-referenced matter and are writing this joint letter to respectfully request that the initial conference currently scheduled for September 8, 2022 be adjourned to October 20, 2022. This case was scheduled for an initial conference along with *Huggins v. LIRR* (22-CV-4923). The Court has adjourned the *Huggins* case to October 20, 2022 at 10:15 a.m. The same counsel are appearing for both cases. The parties are also amenable to conducting both initial conferences by telephone if the Court is amenable.

The parties thank the Court for its consideration of this request and wish everyone an enjoyable Labor Day weekend,

**Memo Endorsed:** The initial pretrial conference currently scheduled for September 8, 2022 is adjourned to **October 20, 2022 at 10:20 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Very truly yours,

Sean Constable

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: September 7, 2022