# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Sean Constable, Esq.
Admitted in NY & MA

**MEMO ENDORSED:**
**The Court will enter the parties' proposed case management plan. The October 20, 2022 conference is adjourned to January 19, 2023 at 9:45 A.M.**

SO ORDERED:

_Paul G. Gardephe, U.S.D.J._
Date: Oct. 19, 2022

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  RICHARD THIELKE V. LONG ISLAND RAILROAD COMPANY
       22 Civ. 4926 (PGG)

Dear Judge Gardephe:

We represent plaintiff in the above-referenced matter which is schedule for an initial conference on Thursday October 20, 2022 at 10:20 a.m.  We are writing with the permission of defense counsel to jointly request that the Court accept the Proposed Case Management Order and cancel the conference.  The parties are proceeding with discovery without issue.  In the alternative, if the Court wants to discuss the case with counsel, we ask that it be converted to a telephone conference.

The parties thank the Court for its consideration of this request.

Very truly yours,

Sean Constable

SC:EF

cc: Christopher P. Yodice, Esq.